

RECEIVED

JUN 06 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

(Rev. 12/8/2020)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_Monroe_ DIVISION

_Emile Charles_      Civil Action No. __3:22-cv-1505__ SEC. P

Plaintiff

Prisoner # _587595_

VS.                                                    Judge _____

_Chris Stinson (warden)_   Magistrate Judge _____

Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

  a. Have you begun any other lawsuit while incarcerated or detained in any facility?

  Yes _____    No __✓__

  b. If your answer to the preceding question is "Yes," provide the following information.

   1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   _N/A_

   2. Name the parties to the previous lawsuit(s):
   Plaintiffs: _N/A_
   Defendants: _N/A_

   3. Docket number(s): _N/A_

   4. Date(s) on which each lawsuit was filed: _N/A_

   5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _N/A_

(Rev. 12/8/2020)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____    No ✓

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

N/A

II.  a. Name of institution and address of current place of confinement:

Madison Parish Detention Center 158 Treatment Road Tallulah LA, 71282

b. Is there a prison grievance procedure in this institution?

Yes ✓    No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓    No _____

2. If you did not file an administrative grievance, explain why you have not done so.

No response from staff

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Filed Step one, No Response, No inmate handbook so not aware of grievance procedure steps.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, Emile Charles 587595

Address 158 Treatment Plant Rd. Tallulah LA, 71282

(Rev. 12/8/2020)

b. Defendant, _Chris Stinson_, is employed as _Warden_ at _Madison Parish Detention Center_

Defendant, _____, is employed as _____ at _____.

Defendant, _____, is employed as _____ at _____.

Additional defendants, _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

1st Claim - 1st Amendment Violation to the U.S Constitution. On January 7, 2022. I became aware of the fact that this facility feed us pork. I'm a Muslim this chaley violates my 1st amedment. I filed a grievance January 7, 2022. I also being complaining to the staff, asking that the pork be replaced with something else, but was ignored and was continued to get pork served. I wrote February 24, 2022 asking for status of my grievance, requesting it to be reviewed by the warden, but also was ignored. I don't feel clean spiritually and the fact that it takes away from my protion of food because I can't eat it.

## V. Relief

$15,000 in compensatory and punitive damages (?) to be transferred to another facility immidiatrly.

Page 3 of 4

## Statement of Claim

I was housed here from 2012 - 2015 I was later transferred to Hunt, winnshild, Plagermine, Catahoula and later back to this facility (Madison Parish), I may have been subject to pork for almost six (6) years.

Claim #2 - 8th Amendment violation to the U.S. Constitution deliberately indifference to Plaintiff's serious medical needs I been complaining about my issues constantly and being ingored and havn't been able to see a doctor or recieved the correct medical care. I'm constantly in pain and still need medical attention.

Claim #3 - My 1st, 6th, and 14th Amendment Violation of the United states Constitution for violating plaintff's access to the Court while Pursuing a non-frivolous claim and the denied the help I need to get home.

(Rev. 12/8/2020)

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I claim $15,000 to compensatory and punitive damages, and also I would like to be transferred to a different facility.

### VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 06 day of 01, 20 22.

587595

Emile Charles

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**     **Signature of Plaintiff**