UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **EMILE CHARLES** | **CIVIL ACTION NO. 22-1505**<br>**SECTION P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that—with the exception of Plaintiff Emile Charles's claim that Warden Chris Stinson, in his individual capacity, failed to provide or arrange medical care, Plaintiff's request for a transfer and Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Transfer, [Doc. No. 1] is **DENIED.**

**MONROE, LOUISIANA**, this 12th day of August 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**