**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **EMILE CHARLES #587595** | **CASE NO. 3:22-CV-01505 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 31] previously filed herein, having thoroughly reviewed the record, noting the lack objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 26] filed by Defendant Chris Stinson is **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this the 3rd day of October 2023.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**